# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

---

**James Ghaisar and Kelara Ghaisar, Individually and as Personal Representatives and Co-Administrators of the Estate of Bijan C. Ghaisar, Deceased**

Plaintiff(s)

*vs.*  Case No.: **1:19-cv-01224**

**United States of America**

Defendant

---

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice, Complaint with Exhibits, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/24/2019 at 1:36 PM, I served Attorney General for the United States with the Summons, Notice, Complaint with Exhibits, and Civil Cover Sheet at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Stephanie Jenkins, Agent, authorized to accept service on behalf of the United States Attorney General.

Stephanie Jenkins is described herein as:

Gender: Female   Race/Skin: Black   Age: 40   Weight: 140   Height: 5'6"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

9/26/19
_____
Executed On

_____
Ambiko Wallace

Client Ref Number:N/A
Job #: 1568154

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| JAMES GHAISAR and KELARA GHAISAR, individually and in their official capacities as Personal Representatives and Co-Administrators of the Estate of Bijan C. Ghaisar, Deceased <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 1:19-cv-1224

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas G. Connolly (29164)
Harris, Wiltshire & Grannis LLP, 1919 M Street NW, 8th Floor
Washington, DC 20036, Tel.: 202-730-1300, tconnolly@hwglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Digitally signed by Lynelle Creek
Date: 2019.09.20 13:13:42 -04'00'

Date: _____09/20/2019_____

_____
Signature of Clerk or Deputy Clerk

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**James Ghaisar and Kelara Ghaisar, Individually and as Personal Representatives and Co-Administrators of the Estate of Bijan C. Ghaisar, Deceased**

Plaintiff(s)

<em>vs.</em>    Case No.: 1:19-cv-01224

**United States of America**

Defendant

## AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice, Complaint with Exhibits, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/24/2019 at 1:41 PM, I served G. Zachary Terwilliger, United States Attorney's Office for the Eastern District of Virginia with the Summons, Notice, Complaint with Exhibits, and Civil Cover Sheet at Justin W. Williams, United States Attorney's Building, 2100 Jamieson Avenue, Alexandria, Virginia 22314 by serving Felicia Taylor, Legal Assistant, authorized to accept service.

Felicia Taylor is described herein as:

Gender: Female   Race/Skin: Black   Age: 38   Weight: 141   Height: 5'9"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/25/19
_____
Executed On

_____
Abel Emiru

Client Ref Number:N/A
Job #: 1568155

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

JAMES GHAISAR and KELARA GHAISAR,
individually and in their official capacities as Personal
Representatives and Co-Administrators of the Estate
of Bijan C. Ghaisar, Deceased

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  1:19-cv-1224 (AJT/IDD)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   G. Zachary Terwilliger
United States Attorney's Office for the Eastern District of Virginia
Justin W. Williams United States Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Thomas G. Connolly (29164)
Harris, Wiltshire & Grannis LLP, 1919 M Street NW, 8th Floor
Washington, DC 20036, Tel.: 202-730-1300, tconnolly@hwglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Digitally signed by Lynelle Creek
Date: 2019.09.23 11:09:20 -04'00'

Date:        09/23/2019

*Signature of Clerk or Deputy Clerk*