UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAMES AND KELARA GHAISAR, )
Individually and as Personal Representatives )
and Co-Administrators of the Estate of Bijan C. )
Ghaisar, Deceased, )
　) Case No. 1:19-cv-1224 (CMH/IDD)
　　　　Plaintiffs, )
　)
　v. )
　)
UNITED STATES OF AMERICA, )
　　　　Defendant. )

## NOTICE OF WAIVER OF HEARING

Defendant, the United States of America, through undersigned counsel, gives notice of its waiver of hearing on its motion for an enlargement of time to file responsive pleading.

Dated: November 19, 2019　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　G. ZACHARY TERWILLIGER
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　DENNIS C. BARGHAAN, JR.
　　　　　　　　　　　　　　　　　Deputy Chief, Civil Division
　　　　　　　　　　　　　　　　　KIMERE J. KIMBALL
　　　　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　　　　Office of the United States Attorney
　　　　　　　　　　　　　　　　　2100 Jamieson Avenue
　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　Tel:　(703) 299-3891/3763
　　　　　　　　　　　　　　　　　Fax:　(703) 299-3983
　　　　　　　　　　　　　　　　　Email: kimere.kimball@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　Dennis.barghaan@usdoj.gov
　　　　　　　　　　　　　　　　　*Counsel for Defendant*