IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D
MAR – 6 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| JAMES GHAISAR, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-01224 (CMH/IDD) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that the Consent Motion to Extend Time for Expert Reports [Dkt. No. 20] is **GRANTED**. Defendant shall produce requested information by 5:00 p.m. on March 13, 2020. Plaintiffs' expert reports shall be due by March 23, 2020.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 6th day of March 2020.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia