# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES GHAISAR, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Action No. 1:19-cv-1224 (CMH/IDD) |

## PLAINTIFFS' UNOPPOSED MOTION TO MODIFY PROTECTIVE ORDER ENTERED MARCH 6, 2020

Plaintiffs, by undersigned counsel, respectfully request that this Court modify the Protective Order entered on March 6, 2020, by amending Section 4(c) by inserting an additional subsection, 4(c)(vi), which states: "The Office of the Fairfax Commonwealth's Attorney may receive use of force expert reports as well as any other mutually agreed materials.  Plaintiffs will notify the United States regarding any other specific materials they wish to transfer to the Office of the Fairfax Commonwealth's Attorney, and the United States will indicate whether it mutually agrees to the transfer within 48 hours."

Counsel for the United States has stated that the United States does not object to Plaintiffs' request.  Pursuant to Local Civil Rule 7, Plaintiffs waive a hearing on this motion.

Dated: August 7, 2020

/s/ Thomas G. Connolly
Thomas G. Connolly (VA Bar No. 29164)
Roy L. Austin, Jr. (pro hac vice)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
tconnolly@hwglaw.com
raustin@hwglaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I filed the foregoing via the CM/ECF system, which will send a Notification of Electronic Filing to the following:

Dennis C. Barghaan, Jr.
Kimere J. Kimball
Meghan Loftus
Attorneys for the United States
dennis.barghaan@usdoj.gov
kimere.kimball@usdoj.gov
meghan.loftus@usdoj.gov

                                    /s/ Thomas G. Connolly
                                    Thomas G. Connolly (VA Bar No. 29164)
                                    Roy L. Austin, Jr. (pro hac vice)
                                    HARRIS, WILTSHIRE & GRANNIS LLP
                                    1919 M Street NW, 8th Floor
                                    Washington, D.C. 20036
                                    Telephone: 202-730-1300
                                    tconnolly@hwglaw.com
                                    raustin@hwglaw.com

                                    *Counsel for Plaintiffs*