IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES GHAISAR et al., | |
| Plaintiffs, | Civil Action No. 1:19-cv-1224 (CMH/IDD) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## NOTICE OF WAIVER OF HEARING

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Plaintiffs hereby waive a hearing on this motion.

| | |
|---|---|
| Dated: August 7, 2020 | /s/ Thomas G. Connolly<br>Thomas G. Connolly (VA Bar No. 29164)<br>Roy L. Austin, Jr. (pro hac vice)<br>HARRIS, WILTSHIRE & GRANNIS LLP<br>1919 M Street NW, 8th Floor<br>Washington, D.C. 20036<br>Telephone: 202-730-1300<br>tconnolly@hwglaw.com<br>raustin@hwglaw.com<br><br>*Counsel for Plaintiffs* |