# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAMES GHAISAR, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 1:19-cv-1224 (CMH/IDD)

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Modify Protective Order Entered March 6, 2020 (Docket No. 27), and for good cause shown, it is hereby

**ORDERED** that Motion is **GRANTED**; and it is further

**ORDERED** that Section 4(c) of the March 6, 2020 Protective Order is amended to include an additional subsection, 4(c)(vi), which states: "The Office of the Fairfax Commonwealth's Attorney may receive use of force expert reports as well as any other mutually agreed materials. Plaintiffs will notify the United States regarding any other specific materials they wish to transfer to the Office of the Fairfax Commonwealth's Attorney, and the United States will indicate whether it mutually agrees to the transfer within 48 hours."

**SO ORDERED.**

August 11, 2020  
Date

/s/ Ivan D. Davis

Ivan D. Davis  
United States Magistrate Judge