**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JAMES AND KELARA GHAISAR, Individually and as Personal Representatives and Co-Administrators of the Estate of Bijan C. Ghaisar, Deceased,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | Case No. 1:19-cv-1224 (CMH/IDD) |

**UNITED STATES OF AMERICA'S**
**MOTION TO STAY**

Pursuant to this Court's inherent authority, Defendant United States of America, through undersigned counsel, hereby moves to stay any further proceedings in this action pending a decision by the Fairfax County Commonwealth's Attorney on whether to pursue criminal charges for the same conduct at issue in this case, and if charges are filed, pending completion of the criminal proceedings. The grounds for this motion are fully explained in the simultaneously-filed memorandum of law in support of the motion.

///

///

1

Dated: August 19, 2020                                   Respectfully submitted,

                                                                 G. ZACHARY TERWILLIGER
                                                                 UNITED STATES ATTORNEY

*By*:           /s/
                                                                 DENNIS C. BARGHAAN, JR.
                                                                 Deputy Chief, Civil Division
                                                                 KIMERE J. KIMBALL
                                                                MEGHAN LOFTUS
                                                               Assistant United States Attorneys
                                                               Office of the United States Attorney
                                                               Justin W. Williams U.S. Attorney's Building
                                                               2100 Jamieson Avenue
                                                               Alexandria, Virginia 22314
                                                               Tel:    (703) 299-3891/3763
                                                               Fax:   (703) 299-3983
                                                               Dennis.barghaan@usdoj.gov
                                                               kimere.kimball@usdoj.gov

                                                               ATTORNEYS FOR THE UNITED STATES