**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| JAMES AND KELARA GHAISAR, Individually and as Personal Representatives and Co-Administrators of the Estate of Bijan C. Ghaisar, Deceased, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:19-cv-1224 (CMH/IDD) |
| v. | ) ) | |
| UNITED STATES OF AMERICA, Defendant. | ) ) ) | |

**UNITED STATES OF AMERICA'S WITNESS LIST**

Pursuant to the Court's Orders of January 15, 2020 (Dkt. 17), May 1, 2020 (Dkt. 34), and June 25, 2020 (Dkt. 39), Defendant United States of America, through its undersigned counsel, hereby respectfully submits its list of potential witnesses for trial in the above-captioned matter.

**WITNESSES**

In accordance with Federal Rule 26(a)(3), the witnesses listed below who are marked with an asterisk are those Defendant expects to present at trial. The additional witnesses designated are those Defendant may call if the need arises. Defendant reserves the right to seek to present the testimony of such witnesses by de bene esse deposition or through discovery deposition testimony if the witness in question is, unbeknownst to Defendant at the present time, unavailable for trial. The witness list below reflects the present status of this litigation. Accordingly, Defendants reserve the right to amend this list—including eliminating proposed witnesses— should further litigative developments (including, *inter alia*, positions advanced by Plaintiff) warrant.

1. Jonathan Alto

2. Michael Alto

3. Alejandro Amaya*

4. Anthony Carucci

5. Stephanie Citro

6. Patricia Clark

7. Matthew Cook*

8. Shane Crittenden, D.O., M.B.A.

9. Jonathan Daniels

10. Larry Decker

11. John Dillon*

12. Nicole Duff

13. Christina Evans

14. Gerard Francisco*

15. Christopher Giblin

16. Anthony Glaze

17. Daniel C. Gohn

18. Christine A. Haddix

19. Christopher Hartley

20. Carl Holmberg

21. Brian Humbertson*

22. Brian Huss

23. Evan Jacobson, M.D.*

24. Sean Kellenberger

25. James V. Koch, Ph.D.*

26. Julie Lawrence

27. Annamarie Lichiello

28. Robert MacLean

29. Anthony McSherry

30. Christopher Meyer

31. George Nikolis

32. Kiana Nurideen

33. Carol L. O'Neal, Ph.D.

34. Monique Pettett

35. Jocelyn Posthumus, M.D.

36. John Ryan*

37. Jacob T. Sipe*

38. Michael Smith

39. Robert Steinheimer

40. Lucas Vinyard*

41. Steven Wood

42. Michael Young

43. Jonathan B. Zeitlin

44. Adam Zielinski

45. Any witness necessary to authenticate records and/or establish the manner in which records were kept.

46. Any other witnesses designated by Plaintiff to whom Defendant does not object.

47. Witnesses that may become necessary for rebuttal based on testimony in Plaintiff's case-in-chief.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
KIMERE J. KIMBALL
MEGHAN LOFTUS
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3891/3763
Fax:    (703) 299-3983
Dennis.barghaan@usdoj.gov
kimere.kimball@usdoj.gov
Meghan.loftus@usdoj.gov

DATE:  August 20, 2020