**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

JAMES AND KELARA GHAISAR,       )
Individually and as Personal Representatives  )
and Co-Administrators of the Estate of Bijan C.  )
Ghaisar, Deceased,                     )
                                     )      Case No. 1:19-cv-1224 (CMH/IDD)
           Plaintiffs,         )
                                     )
      v.                       )
                                     )
UNITED STATES OF AMERICA,       )
              Defendant.       )

---

## DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's Orders of January 15, 2020 (Dkt. 17), May 1, 2020 (Dkt. 34), and June 25, 2020 (Dkt. 39), Defendant United States of America, through its undersigned counsel, hereby respectfully submits the following list of potential exhibits for the trial of the above-captioned matter.  Defendant reserves the right to elect not to seek the introduction of any of these exhibits at trial, and to re-arrange the numbering sequence prior to trial.  Pursuant to the January 15, 2020 Scheduling Order, this list does not include exhibits that Defendant might seek to introduce as impeachment and/or rebuttal evidence.  Moreover, Defendant reserves the right to use demonstrative exhibits during the testimony of certain of its witnesses in order to assist the trier-of-fact.

Defendant also reserves the right to use any exhibits listed on Plaintiffs' Exhibit List.

//

1

**EXHIBITS**

| DEX | Document Description | BEGBATES | ENDBATES |
|---|---|---|---|
| 1 | Certificate of Death | Ghaisar_US-000898 | Ghaisar-US_000898 |
| 2 | Fairfax County Dispatch Recording | Ghaisar_US-001116 | Ghaisar_US_001116 |
| 3 | Tax Records of Bijan Ghaisar | Ghaisar_US-002131 | Ghaisar_US-002142 |
| 4 | Photograph of Diploma of Bijan Ghaisar | Ghaisar_US-002144 | Ghaisar_US-002144 |
| 5 | Tax Records of James Ghaisar | Ghaisar_US-002147 | Ghaiar_US-002178 |
| 6 | Medical records from Dr. Evan Jacobson | Ghaisar_US-002325 | Ghaisar_US-002546 |
| 7 | Medical Records from Virginia Commonwealth University | Ghaisar_US-002576 | Ghaisar_US-002625 |
| 8 | SCFP Autopsy Report | Ghaisar_US-002628 | Ghaisar_US-002640 |
| 9 | Park Police Use of Force Policy | US-00000030 | US-00000033 |
| 10 | Park Police Vehicular Pursuit Policy | US-00000058 | US-00000066 |
| 11 | Park Police Dispatch Recording | US-00000752 | US-00000752 |
| 12 | Commendations of Officer Amaya | US-00000845 | US-00000873 |
| 13 | Commendations of Officer Vinyard | US-00001014 | US-00001027 |
| 14 | Recording of Speed Limits Along Route | US-00002116 | US-00002117 |
| 15 | Summary of FBI Interview of Daniel Gohn | US-00002343-069 | US-00002343-083 |
| 16 | Summary of FBI Interview of Bryant Hartzell | US-00002343-331 | US-00002343-342 |
| 17 | Certificate of Analysis of the Commonwealth of Virginia Department of Forensic Science | US-00003009 | US-00003010 |
| 18 | Summary of FBI Interview of Jacob Sipe | US-00003011 | US-00003017 |
| 19 | DEA Chemical Analysis Report | US-00003553 | US-00003554 |
| 20 | Summary of FBI Interview of Kyle Groome | US-00003733 | US-00003735 |
| 21 | Summary of FBI Interview of Idean Marvastian | US-00003752 | US-00003758 |
| 22 | Summary of FBI Interview of Sam Yeganah | US-00003938 | US-00003940 |
| 23 | Summary of Attorney Proffer for Lucas Vinyard | US-00005375-122 | US-00005375-127 |
| 24 | Summary of Attorney Proffer for Alejandro Amaya | US-00005375-129 | US-00005375-136 |
| 25 | Summary of FBI Interview of Lucas Vinyard | US-00005375-154 | US-00005375-180 |

| DEX | Document Description | BEGBATES | ENDBATES |
|---|---|---|---|
| 26 | Report of Autopsy of the Commonwealth of Virginia Office of Chief Medical Examiner | US-00005411 | US-00005434 |
| 27 | Park Police Dispatch Recording | US-00006797 | US-00006797 |
| 28 | Medical Records from Inova Fairfax | US-00007109 | US-00008557 |
| 29 | Video of Incident | US-00009495 | US-00009495 |
| 30 | Video of Incident | US-00009496 | US-00009496 |
| 31 | Video of Incident | US-00009497 | US-00009497 |
| 32 | Video of Incident | US-00009498 | US-00009498 |
| 33 | Video of Incident | US-00009499 | US-00009499 |
| 34 | Video of Incident | US-00009500 | US-00009500 |
| 35 | Video of Incident | US-00009501 | US-00009501 |
| 36 | Video of Incident | US-00009502 | US-00009502 |
| 37 | Video of Incident | US-00009614 | US-00009614 |
| 38 | Video of Incident | US-00009615 | US-00009615 |
| 39 | Video of Incident | US-00009616 | US-00009616 |
| 40 | Video of Incident | US-00009617 | US-00009617 |
| 41 | Video of Incident | US-00009618 | US-00009618 |
| 42 | Video of Incident | US-00009619 | US-00009619 |
| 43 | Video of Incident | US-00009620 | US-00009620 |
| 44 | Video of Incident | US-00009621 | US-00009621 |
| 45 | Video of Incident | US-00009622 | US-00009622 |
| 46 | Video of Incident | US-00009623 | US-00009623 |
| 47 | Video of Incident | US-00009624 | US-00009624 |
| 48 | Video of Incident | US-00009625 | US-00009625 |
| 49 | Fairfax County Dispatch Recording | US-00010165 | US-00010165 |
| 50 | Video of Incident | US-00011274 | US-00011274 |
| 51 | Photograph from scene | US-00013555 | US-00013555 |
| 52 | Supplemental Criminal Incident Report | US-00013639 | US-00013640 |
| 53 | TSU Mapping | US-00013641 | US-00013645 |
| 54 | Photograph from scene | US-00016555 | US-00016555 |
| 55 | Photograph from scene | US-00016715 | US-00016715 |
| 56 | Photograph from scene | US-00016722 | US-00016722 |
| 57 | Photograph from scene | US-00016811 | US-00016811 |
| 58 | Photograph from scene | US-00016867 | US-00016867 |
| 59 | Photograph from scene | US-00016870 | US-00016870 |
| 60 | Photograph from scene | US-00016871 | US-00016871 |
| 61 | Email Re: Change in Org Chart and Area | US-00018631 | US-00018633 |

| DEX | Document Description | BEGBATES | ENDBATES |
|---|---|---|---|
| 62 | FBI Chain of Custody Log | US-00018730 | US-00018730 |
| 63 | Photograph - King Street and South Washington Streets | US-00018731 | US-00018731 |
| 64 | Photograph - Southbound South Washington Street at King Street | US-00018732 | US-00018732 |
| 65 | Photograph - King Street and South Washington Streets | US-00018733 | US-00018733 |
| 66 | Photograph - South Washington Street (George Washington Memorial Parkway) through Old Town | US-00018734 | US-00018734 |
| 67 | Photograph - South Washington Street at Jefferson Street | US-00018735 | US-00018735 |
| 68 | Photograph - Southbound George Washington Memorial Parkway | US-00018736 | US-00018736 |
| 69 | Photograph - Mount Vernon Trail Crossing at West Boulevard and Alexandria Avenue | US-00018737 | US-00018737 |
| 70 | Photograph - West Boulevard and Alexandria Avenue | US-00018738 | US-00018738 |
| 71 | Photograph - Alexandria Avenue | US-00018739 | US-00018739 |
| 72 | Photograph - Alexandria Avenue and Fort Hunt Road | US-00018740 | US-00018740 |
| 73 | Photograph - South Washington Street and Duke Street | US-00018741 | US-00018741 |
| 74 | Photograph - Southbound George Washington Memorial Parkway at Duke Street | US-00018742 | US-00018742 |
| 75 | Photograph - Southbound George Washington Memorial Parkway at night | US-00018743 | US-00018743 |

| DEX | Document Description | BEGBATES | ENDBATES |
|---|---|---|---|
| 76 | Photograph - Southbound George Washington Memorial Parkway at Duke Street at night | US-00018744 | US-00018744 |
| 77 | Photograph - South Washington Street at Jefferson Street at night | US-00018745 | US-00018745 |

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:        _____/s/_____
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
KIMERE J. KIMBALL
MEGHAN LOFTUS
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3891/3763
Fax:    (703) 299-3983
Dennis.barghaan@usdoj.gov
kimere.kimball@usdoj.gov
Meghan.loftus@usdoj.gov

DATE:  August 20, 2020