# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES GHAISAR, et al. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 1:19-cv-01224 |

## PLAINTIFFS' WITNESS LIST

Plaintiffs, through undersigned counsel, hereby respectfully submit their list of potential witnesses for trial in the above-captioned matter. In accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure, the witnesses marked with an asterisk are those Plaintiffs expect to call at trial. The additional witnesses listed below are those Plaintiffs may call if the need arises. Plaintiffs reserve the right to seek to present the testimony of such witnesses through discovery deposition testimony if the witness is unavailable for trial. Plaintiffs reserve the right to amend this list if further developments arise in this litigation.

## WITNESSES

1. James Ghaisar*
2. Kelara Ghaisar*
3. Negeen Ghaisar*
4. Kouros Emami*
5. Alejandro Amaya*
6. Lucas Vinyard*
7. Daniel Gohn*

8. Bryant Hartzell

9. Colonel Edwin Roessler

10. Robert MacLean*

11. Anne Rizzo

12. Brian Joseph D'Cruz

13. Atif Rehman

14. Maria Casey

15. John Dillon

16. Urey Patrick

17. Dr. Stan Smith

18. Anthony McSherry

19. Brian Humbertson

20. Christine Garcia

21. Justin Henderson

22. Andrew Kellogg

23. Jacob Sipe

24. John Yang

25. Ryan Lazisky

26. Jeff Caesar

27. Kyle Groom

28. Idean Marvastian

29. Sam Yeganeh

30. Any witness necessary to authenticate records and/or establish the matter in which records were kept.

31. Any other witnesses designated by Defendant to whom Plaintiffs do not object.

32. Witnesses that may become necessary for rebuttal testimony.

Dated: August 20, 2020

Respectfully submitted,

/s/ Thomas G. Connolly
Thomas G. Connolly (VA Bar No. 29164)
Roy L. Austin, Jr. (*pro hac vice*)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
tconnolly@hwglaw.com
raustin@hwglaw.com

*Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve notice of such filing upon all parties and counsel of record.

/s/ Thomas G. Connolly

Thomas G. Connolly (VA Bar No. 29164)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
tconnolly@hwglaw.com