IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES GHAISAR, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 1:19-cv-01224 |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

Plaintiffs, by counsel, pursuant to this Court's scheduling order and the Local Rules of the United States District Court for the Eastern District of Virginia, submit the following objections to Defendant's Exhibit List. Plaintiffs reserve the right to amend or modify any of the objections set forth on the basis of any stipulation entered into by the parties; corrections, revisions or other modifications to the underlying exhibits; any order from the Court on outstanding motions; and any ruling from the Court impacting admissibility.

Plaintiffs object to the introduction of exhibits that are not properly authenticated, but are willing to confer with Defendant regarding means to resolve authenticity objections in advance of trial. However, even in instances where a stipulation as to authenticity may be reached, and unless otherwise noted, Plaintiffs reserve all other objections to admissibility including, but not limited to, objections based on lack of foundation, hearsay and relevance.

| No. | Document Description | BEGBATES | ENDBATES | Plaintiffs' Objection(s) |
|---|---|---|---|---|
| 1 | Certificate of Death | Ghaisar_US_000898 | Ghaisar_US_000898 | Conditional objection[1] |

---

[1] Where Plaintiffs enter a conditional objection to one or more entries on Defendant's exhibit list,

| | | | | |
|---|---|---|---|---|
| 2 | Fairfax County Dispatch Recording | Ghaisar_US_001116 | Ghaisar_US_001116 | Conditional objection |
| 3 | Tax Records of Bijan Ghaisar | Ghaisar_US_002131 | Ghaisar_US_002142 | Conditional objection |
| 4 | Photograph of Diploma of Bijan Ghaisar | Ghaisar_US_002144 | Ghaisar_US_002144 | Conditional objection |
| 5 | Tax Records of James Ghaisar | Ghaisar_US_002147 | Ghaiar_US_002178 | Conditional objection |
| 6 | Medical records from Dr. Evan Jacobson | Ghaisar_US_002325 | Ghaisar_US_002546 | Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |
| 7 | Medical Records from Virginia Commonwealth University | Ghaisar_US_002576 | Ghaisar_US_002625 | Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |
| 8 | SCFP Autopsy Report | Ghaisar_US_002628 | Ghaisar_US_002640 | Conditional objection |
| 9 | Park Police Use of Force Policy | US-00000030 | US-00000033 | Conditional objection |
| 10 | Park Police Vehicular Pursuit Policy | US-00000058 | US-00000066 | Conditional objection |
| 11 | Park Police Dispatch Recording | US-00000752 | US-00000752 | Conditional objection |
| 12 | Commendations of Officer Amaya | US-00000845 | US-00000873 | Relevance (Fed. R. Evid. 402) |
| 13 | Commendations of Officer Vinyard | US-00001014 | US-00001027 | Relevance (Fed. R. Evid. 402) |
| 14 | Recording of Speed Limits Along Route | US-00002116 | US-00002117 | Relevance (Fed. R. Evid. 402) |
| 15 | Summary of FBI Interview of Daniel Gohn | US-00002343-069 | US-00002343-083 | Relevance (Fed. R. Evid. 402); Hearsay (Fed. R. Evid. 801 and 802) |
| 16 | Summary of FBI Interview of Bryant Hartzell | US-00002343-331 | US-00002343-342 | Hearsay (Fed. R. Evid. 801 and 802) |

---

Plaintiffs reserve the right to object to that exhibit at trial depending on the purpose for which Defendant seeks to introduce it.

| | | | | |
|---|---|---|---|---|
| 17 | Certificate of Analysis of the Commonwealth of Virginia Department of Forensic Science | US-00003009 | US-00003010 | Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |
| 18 | Summary of FBI Interview of Jacob Sipe | US-00003011 | US-00003017 | Hearsay (Fed. R. Evid. 801 and 802) |
| 19 | DEA Chemical Analysis Report | US-00003553 | US-00003554 | Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |
| 20 | Summary of FBI Interview of Kyle Groome | US-00003733 | US-00003735 | Hearsay (Fed. R. Evid. 801 and 802) |
| 21 | Summary of FBI Interview of Idean Marvastian | US-00003752 | US-00003758 | Hearsay (Fed. R. Evid. 801 and 802) |
| 22 | Summary of FBI Interview of Sam Yeganah | US-00003938 | US-00003940 | Hearsay (Fed. R. Evid. 801 and 802) |
| 23 | Summary of Attorney Proffer for Lucas Vinyard | US-00005375-122 | US-00005375-127 | Hearsay (Fed. R. Evid. 801 and 802); Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |
| 24 | Summary of Attorney Proffer for Alejandro Amaya | US-00005375-129 | US-00005375-136 | Hearsay (Fed. R. Evid. 801 and 802); Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |

| | | | | |
|---|---|---|---|---|
| 25 | Summary of FBI Interview of Lucas Vinyard | US-00005375-154 | US-00005375-180 | Hearsay (Fed. R. Evid. 801 and 802); Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |
| 26 | Report of Autopsy of the Commonwealth of Virginia Office of Chief Medical Examiner | US-00005411 | US-00005434 | Conditional objection |
| 27 | Park Police Dispatch Recording | US-00006797 | US-00006797 | Conditional objection |
| 28 | Medical Records from Inova Fairfax | US-00007109 | US-00008557 | Conditional objection |
| 29 | Video of Incident | US-00009495 | US-00009495 | Cumulative (Fed. R. Evid. 403) |
| 30 | Video of Incident | US-00009496 | US-00009496 | Cumulative (Fed. R. Evid. 403) |
| 31 | Video of Incident | US-00009497 | US-00009497 | Cumulative (Fed. R. Evid. 403) |
| 32 | Video of Incident | US-00009498 | US-00009498 | Cumulative (Fed. R. Evid. 403) |
| 33 | Video of Incident | US-00009499 | US-00009499 | Cumulative (Fed. R. Evid. 403) |
| 34 | Video of Incident | US-00009500 | US-00009500 | Cumulative (Fed. R. Evid. 403) |
| 35 | Video of Incident | US-00009501 | US-00009501 | Cumulative (Fed. R. Evid. 403) |
| 36 | Video of Incident | US-00009502 | US-00009502 | Cumulative (Fed. R. Evid. 403) |
| 37 | Video of Incident | US-00009614 | US-00009614 | Cumulative (Fed. R. Evid. 403) |
| 38 | Video of Incident | US-00009615 | US-00009615 | Cumulative (Fed. R. Evid. 403) |
| 39 | Video of Incident | US-00009616 | US-00009616 | Cumulative (Fed. R. Evid. 403) |
| 40 | Video of Incident | US-00009617 | US-00009617 | Cumulative (Fed. R. Evid. 403) |
| 41 | Video of Incident | US-00009618 | US-00009618 | Cumulative (Fed. R. Evid. 403) |

| | | | | |
|---|---|---|---|---|
| 42 | Video of Incident | US-00009619 | US-00009619 | Cumulative (Fed. R. Evid. 403) |
| 43 | Video of Incident | US-00009620 | US-00009620 | Cumulative (Fed. R. Evid. 403) |
| 44 | Video of Incident | US-00009621 | US-00009621 | Cumulative (Fed. R. Evid. 403) |
| 45 | Video of Incident | US-00009622 | US-00009622 | Cumulative (Fed. R. Evid. 403) |
| 46 | Video of Incident | US-00009623 | US-00009623 | Cumulative (Fed. R. Evid. 403) |
| 47 | Video of Incident | US-00009624 | US-00009624 | Cumulative (Fed. R. Evid. 403) |
| 48 | Video of Incident | US-00009625 | US-00009625 | Cumulative (Fed. R. Evid. 403) |
| 49 | Fairfax County Dispatch Recording | US-00010165 | US-00010165 | Conditional objection |
| 50 | Video of Incident | US-00011274 | US-00011274 | Conditional objection |
| 51 | Photograph from scene | US-00013555 | US-00013555 | Conditional objection |
| 52 | Supplemental Criminal Incident Report | US-00013639 | US-00013640 | Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |
| 53 | TSU Mapping | US-00013641 | US-00013645 | Conditional objection |
| 54 | Photograph from scene | US-00016555 | US-00016555 | Conditional objection |
| 55 | Photograph from scene | US-00016715 | US-00016715 | Conditional objection |
| 56 | Photograph from scene | US-00016722 | US-00016722 | Conditional objection |
| 57 | Photograph from scene | US-00016811 | US-00016811 | Conditional objection |
| 58 | Photograph from scene | US-00016867 | US-00016867 | Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |

| | | | | |
|---|---|---|---|---|
| 59 | Photograph from scene | US-00016870 | US-00016870 | Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |
| 60 | Photograph from scene | US-00016871 | US-00016871 | Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |
| 61 | Email Re: Change in Org Chart and Area | US-00018631 | US-00018633 | Conditional objection |
| 62 | FBI Chain of Custody Log | US-00018730 | US-00018730 | Relevance (Fed. R. Evid. 402); Prejudicial and confuses the issues (Fed. R. Evid. 403) |
| 63 | Photograph - King Street and South Washington Streets | US-00018731 | US-00018731 | Conditional objection |
| 64 | Photograph - Southbound South Washington Street at King Street | US-00018732 | US-00018732 | Conditional objection |
| 65 | Photograph - King Street and South Washington Streets | US-00018733 | US-00018733 | Conditional objection |
| 66 | Photograph - South Washington Street (George Washington | US-00018734 | US-00018734 | Conditional objection |
| 67 | Photograph - South Washington Street at Jefferson Street | US-00018735 | US-00018735 | Conditional objection |
| 68 | Photograph - Southbound George Washington Memorial Parkway | US-00018736 | US-00018736 | Conditional objection |
| 69 | Photograph - Mount Vernon Trail Crossing at West Boulevard and | US-00018737 | US-00018737 | Conditional objection |
| 70 | Photograph - West Boulevard and Alexandria Avenue | US-00018738 | US-00018738 | Conditional objection |
| 71 | Photograph - Alexandria Avenue | US-00018739 | US-00018739 | Conditional objection |

6

| 72 | Photograph - Alexandria Avenue and Fort Hunt Road | US-00018740 | US-00018740 | Conditional objection |
|---|---|---|---|---|
| 73 | Photograph - South Washington Street and Duke Street | US-00018741 | US-00018741 | Conditional objection |
| 74 | Photograph - Southbound George Washington Memorial Parkway at Duke Street | US-00018742 | US-00018742 | Conditional objection |
| 75 | Photograph - Southbound George Washington Memorial Parkway at night | US-00018743 | US-00018743 | Conditional objection |
| 76 | Photograph - Southbound George Washington Memorial Parkway at Duke Street at night | US-00018744 | US-00018744 | Conditional objection |
| 77 | Photograph - South Washington Street at Jefferson Street at night | US-00018745 | US-00018745 | Conditional objection |

Dated: August 31, 2020

Respectfully submitted,

/s/ Thomas G. Connolly
Thomas G. Connolly (VA Bar No. 29164)
Roy L. Austin, Jr. (*pro hac vice*)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
tconnolly@hwglaw.com
raustin@hwglaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I filed the foregoing via the CM/ECF system, which will send a Notification of Electronic Filing to the following:

Dennis C. Barghaan, Jr.
Kimere J. Kimball
Attorneys for the United States
dennis.barghaan@usdoj.gov
kimere.kimball@usdoj.gov

Dated: August 31, 2020                          Respectfully submitted,

                                                                           /s/ Thomas G. Connolly
                                                                    Thomas G. Connolly (VA Bar No. 29164)
                                                                    HARRIS, WILTSHIRE & GRANNIS LLP
                                                                    1919 M Street NW, 8th Floor
                                                                    Washington, D.C. 20036
                                                                    Telephone: 202-730-1300
                                                                    tconnolly@hwglaw.com

                                                                    *Counsel for Plaintiffs*