UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES GHAISAR, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:19-cv-1224<br>(CMH/IDD) |

## **DEFENDANT'S OBJECTIONS TO PLAINTIFFS' LIST OF TRIAL EXHIBITS**

Pursuant to this Court's Order of January 15, 2020 (Dkt. No. 17), May 1, 2020 (Dkt. No. 34), and June 25, 2020 (Dkt. No. 39), Defendant, through its undersigned counsel, hereby respectfully submits the following objections to Plaintiff's proposed exhibits (Dkt. Nos. 52, 54-1) for the trial of the above-captioned matter.

## **OBJECTIONS**

These objections reflect the present status of the above-captioned matter. As such, by not objecting to certain exhibits on grounds of relevance, Defendant does not waive such objections in the event that any exhibit becomes irrelevant because of this Court's ruling on any potential motion for summary judgment or motion in limine to be filed in advance of trial, or to suggest that certain topics are pertinent to any claim that may remain against Defendant.

Additionally, several of these objections are objections only to the introduction and admission of the exhibit as affirmative evidence presented by Plaintiffs, and as such, Defendant reserves the right to utilize and admit particular exhibits, including as impeachment or through expert witnesses pursuant to Fed. R. Evid. 703, if necessary. Further, some of these objections (especially on the basis of relevance or hearsay) relate solely to Plaintiffs' claims against

1

Defendants, and in this respect, Defendants take no position on whether the exhibit in question would be admissible against any other party.

Defendant reserves the right to waive any of these objections, to interpose objections based on authentication, foundation, and, depending on usage, hearsay, and to add to these objections based on any ruling this Court might enter on Defendant's motion for summary judgment and/or motions in limine.

| EX. | PLAINTIFF'S DESCRIPTION | BEGINNING BATES NO. | ENDING BATES NO. | OBJECTION |
|---|---|---|---|---|
| 1 | Virginia Chief Medical Examiner Autopsy Report | Ghaisar_US_000885<br><br>US-00005411 | Ghaisar_US_000897<br><br>US-00005434 | Misleading (Fed. R. Evid. 403; document described does not match exhibit provided); Cumulative (Fed. R. Evid. 403; exhibit consists of two full and one partial copies of the same document) |
| 2 | Medical records from Inova Fairfax Hospital | US-00007109 | US-00008557 | |
| 3 | Arlington Emergency Dispatch Recording | Ghaisar_US-001116 | Ghaisar_US-001116 | |
| 4 | USPP Dispatch Recording | US-00006797 | US-00006797 | |
| 5 | USPP Dispatch Recording | US-00000752 | US-00000752 | |
| 6 | Fairfax County Dispatch Recording | US-00010165 | US-00010165 | |

| EX. | PLAINTIFF'S DESCRIPTION | BEGINNING BATES NO. | ENDING BATES NO. | OBJECTION |
|---|---|---|---|---|
| 7 | Video of Incident | US-000011274 | US-000011274 | |
| 8 | Autopsy report of Dr. S. Chittenden | Ghaisar_US_002628 | Ghaisar_US_002640 | |
| 9 | Medical records of Bijan Ghaisar from Inova Fairfax Hospital | Ghaisar_US_000903 | Ghaisar_US_000903 | |
| 10 | Summary of FBI Interview of Daniel Gohn | US-00002343-069 | US-00002343-085 | Hearsay (Fed. R. Evid. 802) |
| 11 | Traffic Crash Report | US-00001039 | US-00001042 | |
| 12 | USPP General Order on Vehicular Pursuits | US-00011666 | US-00011674 | Cumulative (Fed. R. Evid. 403; cumulative of Pl. Ex. 18) |
| 13 | USPP General Order on Use of Force | US-00000030 | US-00000033 | |
| 14 | November 18, 2017 Email | AV000022 | AV000022 | |
| 15 | May 1, 2018 Email | US-00018461 | US-00018461 | Relevance (Fed. R. Evid. 401); Confusing the issues (Fed. R. Evid. 403); Undue delay (Fed. R. Evid. 403) |
| 16 | April 26, 2018 Memorandum | AV000020 | AV000020 | Relevance (Fed. R. Evid. 401); Confusing the issues (Fed. R. Evid. 403); Undue delay (Fed. R. Evid. 403) |

| EX. | PLAINTIFF'S DESCRIPTION | BEGINNING BATES NO. | ENDING BATES NO. | OBJECTION |
|---|---|---|---|---|
| 17 | Summary of FBI Interview of Camille Fleenor | US-00002096 | US-00002097 | Relevance (Fed. R. Evid. 401); Undue delay (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802) |
| 18 | USPP General Order on Vehicular Pursuits | US-00000058 | US-00000066 | Cumulative (Fed. R. Evid. 403; cumulative of Pl. Ex. 12) |
| 19 | 2013 complaint against Alejandro Amaya and investigation | US-00000754 | US-00000768 | Relevance (Fed. R. Evid. 401); Confusing the issue (Fed. R. Evid. 403); Undue delay (Fed. R. Evid. 403); Undue prejudice (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802) |
| 20 | 2014 complaint against Alejandro Amaya and investigation | US-00000769 | US-00000784 | Relevance (Fed. R. Evid. 401); Confusing the issue (Fed. R. Evid. 403); Undue delay (Fed. R. Evid. 403); Undue prejudice (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802) |
| 21 | 2016 complaint against Alejandro Amaya and investigation | US-00000817 | US-00000832 | Relevance (Fed. R. Evid. 401); Confusing the issue (Fed. R. Evid. 403); Undue delay (Fed. R. Evid. 403); Undue prejudice (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802) |
| 22 | Summary of FBI Interview of James Ghaisar | US-00003049 | US-00003056 | Hearsay (Fed. R. Evid. 802) |
| 23 | Summary of FBI Interview of Negeen Ghaisar | US-00003025 | US-00003031 | Hearsay (Fed. R. Evid. 802) |

| EX. | PLAINTIFF'S DESCRIPTION | BEGINNING BATES NO. | ENDING BATES NO. | OBJECTION |
|---|---|---|---|---|
| 24 | Summary of FBI Interview of Idean Marvastian | US-00003752 | US-00003758 | Hearsay (Fed. R. Evid. 802) |
| 25 | USPP IMARS incident details for November 17, 2017 | US-00001287 | US-00001289 | |
| 26 | 2008 complaint against Lucas Vinyard and investigation | US-00000887 | US-00000892 | Relevance (Fed. R. Evid. 401); Confusing the issue (Fed. R. Evid. 403); Undue delay (Fed. R. Evid. 403); Undue prejudice (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802) |
| 27 | 2012 complaint against Lucas Vinyard and investigation | US-00000924 | US-00000945 | Relevance (Fed. R. Evid. 401); Confusing the issue (Fed. R. Evid. 403); Undue delay (Fed. R. Evid. 403); Undue prejudice (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802) |
| 28 | 2013 complaint against Lucas Vinyard and investigation | US-00000946 | US-00000963 | Relevance (Fed. R. Evid. 401); Confusing the issue (Fed. R. Evid. 403); Undue delay (Fed. R. Evid. 403); Undue prejudice (Fed. R. Evid. 403); Hearsay (Fed. R. Evid. 802) |

| EX. | PLAINTIFF'S DESCRIPTION | BEGINNING BATES NO. | ENDING BATES NO. | OBJECTION |
|---|---|---|---|---|
| | If the Court grants Plaintiffs' motion to amend their exhibit list, *see* Dkt. No. 54, Defendant asserts the following objections to the proposed exhibits (Ex. Nos. 29-36) added in that motion, *see* Dkt. No. 54-1. Defendant further objects to Exhibits 29-36 in that Plaintiffs have failed to produce copies of these proposed exhibits to Defendant as required by the Court's January 15, 2020 Order (Dkt. No. 17). Defendant thus reserves the right to interpose any additional objections upon receipt of the proposed exhibits. Additionally, Defendant incorporates by references its objections interposed in the each of the following depositions as if fully set forth herein. | | | |
| 29 | Transcript of Deposition Testimony of Alejandro Amaya | | | Relevance (Fed. R. Evid. 401); Hearsay (Fed. R. Evid. 802) |
| 30 | Transcript of Deposition Testimony of Lucas Vinyard | | | Relevance (Fed. R. Evid. 401); Hearsay (Fed. R. Evid. 802) |
| 31 | Transcript of Deposition Testimony of Daniel Gohn | | | Relevance (Fed. R. Evid. 401); Improper expert opinions (Fed. R. Evid. 701(c)); Hearsay (Fed. R. Evid. 802) |
| 32 | Transcript of Deposition Testimony of John Dillon | | | Relevance (Fed. R. Evid. 401); Improper expert opinions (Fed. R. Evid. 701(c)); Hearsay (Fed. R. Evid. 802) |
| 33 | Transcript of Deposition Testimony of Jacob Sipe | | | Relevance (Fed. R. Evid. 401); Hearsay (Fed. R. Evid. 802) |
| 34 | Transcript of Deposition Testimony of Robert MacLean | | | Relevance (Fed. R. Evid. 401); Improper expert opinions (Fed. R. Evid. 701(c)); Hearsay (Fed. R. Evid. 802) |
| 35 | Transcript of Deposition Testimony of Urey Patrick | | | Hearsay (Fed. R. Evid. 802) |

| EX. | PLAINTIFF'S DESCRIPTION | BEGINNING BATES NO. | ENDING BATES NO. | OBJECTION |
|---|---|---|---|---|
| 36 | Transcript of Deposition Testimony of Stan Smith | | | Hearsay (Fed. R. Evid. 802) |

        Respectfully submitted,

        G. ZACHARY TERWILLIGER
        UNITED STATES ATTORNEY

By:   _____/s/_____
        DENNIS C. BARGHAAN, JR.
        Deputy Chief, Civil Division
        KIMERE J. KIMBALL
        MEGHAN LOFTUS
        Assistant U.S. Attorneys
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3891/3763/3757
        Fax: (703) 299-3983
        Email: dennis.barghaan@usdoj.gov
         kimere.kimball@usdoj.gov
         Meghan.loftus@usdoj.gov
        ATTORNEYS FOR DEFENDANT

DATE: August 31 2020