IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES AND KELARA GHAISAR, Individually and as Personal Representatives and Co-Administrators of the Estate of Bijan C. Ghaisar, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant. | Case No. 1:19-cv-1224 (CMH/IDD) |

## [Proposed] ORDER

Upon consideration of Defendant's consent motion for an enlargement of time for both parties to file summary judgment, and for good cause shown, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that both parties shall file their opening summary judgment motions on or before Monday, September 14, 2020.

DATE: Sept. 10, 2020

Claude M. Hilton
USDJ

1