IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES GHAISAR, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-01224 (CMH/IDD) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This MATTER is before the Court on Plaintiffs' Motion to File Under Seal Memorandum in Support of Motion for Partial Summary Judgment and Accompanying Exhibits [Dkt. No. 66]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. It is hereby

**ORDERED** that Plaintiff's Motion is **DENIED** as moot. Plaintiffs requested to file portions of their Memorandum in Support of Summary Judgment [Dkt. No. 71] and accompanying exhibits [Dkt. Nos. 71 and 72] under seal because they included materials Defendant designated as subject to the Protective Order. In their Motion, Plaintiffs indicated that they do not believe it is necessary to seal any of the filed materials. Defendant subsequently notified the Court that it does not believe the materials qualify to be filed under seal [Dkt. No. 81]. Therefore, the Motion to File Under Seal Memorandum in Support of Motion for Partial Summary Judgment and Accompanying Exhibits [Dkt. No. 66] is denied as moot.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 22nd day of September 2020.

Alexandria, Virginia

/s/ Ivan D. Davis
Ivan D. Davis
United States Magistrate Judge