# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES GHAISAR, et al.<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Civil Action No. 1:19-cv-01224 |

## NOTICE OF FILING A MOTION TO SEAL

Pursuant to Local Civil Rule 5, Plaintiffs provide this Notice of Filing a Motion to Seal. Parties and non-parties may submit memoranda[2] in support or in opposition to Plaintiffs' Motion for Leave to File Under Seal Portions of Plaintiffs' Memorandum in Support of Motion to Strike within seven (7) days. If no objection is filed within seven (7) days, the Court may treat the motion as uncontested.

Dated: October 13, 2020

Respectfully submitted,

/s/ Thomas G. Connolly
Thomas G. Connolly (VA Bar No. 29164)
Roy L. Austin, Jr. (*pro hac vice*)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
tconnolly@hwglaw.com
raustin@hwglaw.com

*Counsel for Plaintiffs*

---

[2] All or parts of these memoranda may be designated as confidential.

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing via the CM/ECF system, which will send a Notification of Electronic Filing to the following:

Dennis C. Barghaan, Jr.
Kimere J. Kimball
Attorneys for the United States
dennis.barghaan@usdoj.gov
kimere.kimball@usdoj.gov

Dated: October 13, 2020

Respectfully submitted,

/s/ Thomas G. Connolly
Thomas G. Connolly (VA Bar No. 29164)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
tconnolly@hwglaw.com

*Counsel for Plaintiffs*