**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JAMES AND KELARA GHAISAR, Individually and as Personal Representatives and Co-Administrators of the Estate of Bijan C. Ghaisar, Deceased, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>  Defendant. | Case No. 1:19-cv-1224 (CMH/IDD) |

## NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that Defendant United States of America hereby waives oral argument regarding its Motion to Continue the Hearing on Cross-Motions for Summary Judgment.

Dated: October 20, 2020

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

*By*: _____/s/_____
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
KIMERE J. KIMBALL
MEGHAN LOFTUS
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:  (703) 299-3891/3763/3757
Fax:  (703) 299-3983
dennis.barghaan@usdoj.gov
kimere.kimball@usdoj.gov
meghan.loftus@usdoj.gov
ATTORNEYS FOR THE UNITED STATES