IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAMES GHAISAR, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 1:19-cv-1224 (CMH/IDD)

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF
ROY L. AUSTIN, JR. AS COUNSEL**

Pursuant to Local Rule 83.1(G), Roy L. Austin, Jr. respectfully requests leave to withdraw his appearance as counsel for Plaintiffs in this matter. As of January 19, 2021, Mr. Austin is no longer associated with the law firm of Harris, Wiltshire & Grannis LLP. Thomas Connolly and Deepika Ravi of Harris, Wiltshire & Grannis LLP and William Coffield of Berliner Corcoran and Rowe LLP have entered their appearances on behalf of Plaintiffs and will continue their representation. The withdrawal will therefore cause no delay of this matter, nor will it prejudice any party.

WHEREFORE, Roy L. Austin, Jr. respectfully requests that the Court enter an order removing him as counsel for Plaintiffs in this case.

Dated: January 25, 2021

    /s/ Thomas Connolly
Thomas G. Connolly (VA Bar No. 29164)
Roy L. Austin, Jr. (pro hac vice)
Harris, Wiltshire & Grannis LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
tconnolly@hwglaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January 2021, the foregoing document was filed via the CMF/ ECF system, which will send out a notification of filing thereof to all counsel of record in this matter.

                                                     */s/ Thomas Connolly*
                                                   Thomas G. Connolly (VA Bar No. 29164)
                                                   Roy L. Austin, Jr. (pro hac vice)
                                                   Harris, Wiltshire & Grannis LLP
                                                   1919 M Street NW, 8th Floor
                                                   Washington, D.C. 20036
                                                   Telephone: 202-730-1300
                                                   tconnolly@hwglaw.com

                                                   *Counsel for Plaintiffs*