# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| JAMES AND KELARA GHAISAR, Individually and as Personal Representatives and Co-Administrators of the Estate of Bijan C. Ghaisar, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant. | Case No. 1:19-cv-1224 (CMH/IDD) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's December 9, 2022 Order (Dkt. 158) and the parties' December 23, 2022 Joint Status Report (Dkt. 159), Defendant United States of America submits this status report on whether it will seek an order conferring use immunity on Officers Amaya and Vinyard. S*ee* 18 U.S.C. §§ 6002, 6003.

Pursuant to the Court's request, the United States undertook the process outlined in § 9-23.130 of the Justice Manual to determine whether an order conferring use immunity would be requested from the Court. This process required consultation with various DOJ components. The outcome of this process is that the Department of Justice has not authorized undersigned counsel to seek an order conferring use immunity on Officers Amaya and Vinyard and thus undersigned counsel will not be seeking such an order.

//

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

_____/s/_____
MEGHAN LOFTUS
CAROLYN M. WESNOUSKY
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:    (703) 299-3757/3996
Fax:   (703) 299-3983
Email: meghan.loftus@usdoj.gov
Carolyn.wesnousky@usdoj.gov

*Counsel for Defendant*

Date: January 23, 2023